In the Matter of the Petition of Henry Alker, Public Administrator, etc., Respondent, v. Moritz Salomon et al., Appellants.

(Argued September 30, 1873; decided October 10, 1873.)

*B. W. Huntington* for the appellants.

*A. J. Requier* for the respondent.

Agree to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.